IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY A. WILLIAMS, JR.,

                                      JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                          17-cv-11-bbc

v.

CAPT. BROWN, M. KARTMAN,
LT. CICHANOWICZ, CAPT. HANFELD,
CAPT. PRIMMER and GARY BOUGHTON,

    Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Anthony A. Williams, Jr.'s failure to state a claim upon which relief may be granted.

| /s/ | 2/28/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |