### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| ANTHONY A. WILLIAMS, JR., | : |
| *Plaintiff*, | : Case No. 17-cv-11-bbc |
| v. | : Hon. Barbara B. Crabb |
| CAPT. BROWN, M. KARTMAN, LT. CICHANOWICZ, CAPT. HANFELD, CAPT. PRIMMER and GARY BOUGHTON, | : |
| *Defendants*. | : |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Anthony A. Williams, Jr., in the above named case,

hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final

judgment entered in this action on the 28th day of February, 2017

EIMER STAHL LLP

/s/ *Jacob M. Hamann*
Jacob M. Hamann
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
jhamann@eimerstahl.com

March 27, 2017

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2017, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF which will send notification of such filing to all

registered participants:

/s/ *Jacob M. Hamann*
Jacob M. Hamann
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
jhamann@eimerstahl.com